**No. 09-731. Jeanne Mount, Petitioner v. United States, et al.**

559 U.S. 939, 130 S. Ct. 1527, 176 L. Ed. 2d 115, 2010 U.S. LEXIS 1227.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 328 Fed. Appx. 569.

**No. 09-732. Bruce A. Pelkey, Petitioner v. Supreme Court of Arizona.**

559 U.S. 939, 130 S. Ct. 1528, 176 L. Ed. 2d 115, 2010 U.S. LEXIS 1393.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Arizona denied.

**No. 09-734. Geoffrey S. Ames, Petitioner v. Washington State Health Department Medical Quality Health Assurance Commission.**

559 U.S. 939, 130 S. Ct. 1528, 176 L. Ed. 2d 115, 2010 U.S. LEXIS 1225.

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Washington denied.

Same case below, 166 Wash. 2d 255, 208 P.3d 549.

**No. 09-743. Vernon Jones, et al., Petitioners v. Michael Bryant, et al.**

559 U.S. 940, 130 S. Ct. 1536, 176 L. Ed. 2d 115, 2010 U.S. LEXIS 1313.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 575 F.3d 1281.

**No. 09-748. James Radmore, Petitioner v. Aegis Communications Group, Inc.**

559 U.S. 940, 130 S. Ct. 1536, 176 L. Ed. 2d 115, 2010 U.S. LEXIS 1294.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 346 Fed. Appx. 835.

**No. 09-752. Terry Eugene Penney, Petitioner v. United States.**

559 U.S. 940, 130 S. Ct. 1536, 176 L. Ed. 2d 115, 2010 U.S. LEXIS 1403.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 576 F.3d 297.

**No. 09-757. Richard J. Ashby, Petitioner v. United States.**

559 U.S. 940, 130 S. Ct. 1536, 176 L. Ed. 2d 115, 2010 U.S. LEXIS 1378.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 68 M.J. 108.

**No. 09-762. Vernon Claville, Petitioner v. United States.**

559 U.S. 940, 130 S. Ct. 1536, 176 L. Ed. 2d 115, 2010 U.S. LEXIS 1467.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 348 Fed. Appx. 910.